## JOHN FORSYTHE

*v.*

## CITY OF CHICAGO.

1. SPECIAL ASSESSMENT—*prior assessment in bar.* On application for judgment against certain lots to enforce collection of a special assessment for opening a street, it was urged that the ordinance under which the assessment was made, was void on account of a prior proceeding for opening the street, and making an assessment therefor, which was claimed to be valid. The lot owner did not show that a warrant had ever issued on the first assessment: *Held,* that he should have introduced the record, showing that the first assessment was in conformity with the statute ; because if there was not a valid confirmation of a valid assessment, it was not conclusive upon the city.

APPEAL from the Superior Court of Chicago.

Messrs. WILLIAMS & THOMAS, for the appellant.

Mr. M. F. TULEY, for the appellee.

Per CURIAM: The questions arising in this case are substantially the same as in the case of *Burton* v. *City of Chicago, ante* p. 179, except that it is claimed in the case at bar, that the second ordinance, which stands for the original in relation to this new assessment, was wholly void, on account of there having been, as it is alleged, a prior valid proceeding for opening the street, and making an assessment therefor. We think it should have been shown that a warrant was issued for such first assessment, or the full record should have been introduced showing that it was in conformity with the statute ; for, unless there was a valid con-

firmation of a valid assessment, the proceeding could not be conclusive upon the city in this aspect of the question.

The judgment of the court below must be reversed on the ground that the collector was not authorized to apply for the judgment.

*Judgment reversed.*